MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE J. ROCCO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00141-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 23, 2018, to September 3, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because S. Wyeth McAdam, the attorney assigned the primary responsibility for drafting any opposition or counter-motion, was unable to complete her opposition because she was assisting with hospice care of her father-in-law who recently died.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:18-cv-00141-CKD           1

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  July 17, 2018          /s/ Marc V. Kalagian_____
                               (*as authorized via email on July 17, 2018)
                               MARC V. KALAGIAN
                               Attorney for Plaintiff

Dated:  July 17, 2018          McGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                       By:     /s/ Elizabeth Firer_____
                               ELIZABETH FIRER
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

Dated:  July 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE