McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE J. ROCCO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00141-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 3, 2018, to October 3, 2018. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because S. Wyeth McAdam, the attorney assigned the primary responsibility for drafting any opposition or counter-motion, was unexpectedly out of the office and needs additional time to fully research the issues presented and consult with her client. Defendant's counsel also has a number of other briefs due and is trying diligently to manage competing workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 31, 2018 /s/ Marc V. Kalagian_____
(*as authorized via email on August 31, 2018)
MARC V. KALAGIAN
Attorney for Plaintiff

Dated: August 31, 2018 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

Dated: September 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE