MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LAWRENCE J. ROCCO, | Case No.: 2:18-cv-00141-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 14 days from October 3, 2018, to October 17, 2018. This is Defendant's third request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because, although Defendant has agreed this matter needs to be remanded, the parties have been unable to agree on terms and Defendant now needs additional time to draft a Motion to Remand the case in lieu of an opposition. Defendant's counsel responsible for briefing this case, S. Wyeth McAdam, also has a number of other briefs due and is trying diligently to manage competing workload demands.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 2, 2018  /s/ *Marc V. Kalagian*
(as authorized via email October 3, 2018)
MARC V. KALAGIAN
Attorney for Plaintiff

Dated: October 2, 2018  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney
Attorneys for Defendant

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

Dated: October 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE