Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Lawrence J. Rocco

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. ROCCO, | Case No.: 2:18-cv-00141-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EAJA, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lawrence J. Rocco be awarded attorney fees in the amount of Three Thousand Five Hundred dollars ($3,500.00) and expenses in the amount of zero dollars ($0.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Lawrence J. Rocco, the government will consider the matter of Lawrence J. Rocco's assignment of EAJA fees to Marc V. Kalagian.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Lawrence J. Rocco, but if the Department of the Treasury determines that Lawrence J. Rocco does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Lawrence J. Rocco.[1]  Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Lawrence J. Rocco's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Lawrence J. Rocco and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 10, 2019  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Lawrence J. Rocco

DATED: June 10, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ *Wyeth McAdam*
_____
WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

# ORDER

Approved and so ordered.

Dated: June 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE